UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:14-CR-61 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| DANIEL MAIER ) | |

**O R D E R**

On August 4, 2014, Defendant Daniel Maier ("Defendant") moved for a psychiatric examination (Court File No. 12). United States Magistrate Judge William B. Mitchell Carter granted Defendant's motion and ordered a mental health evaluation. The findings of the sealed forensic report show Defendant is currently competent to stand trial (Court File No. 21). Defendant waived his right to a competency hearing (Court File No. 17).

Based upon this information, the Magistrate Judge submitted a Report and Recommendation ("R&R"), recommending this Court find Defendant competent to stand trial (Court File No. 22). Neither party filed an objection within the allotted time. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's R&R (Court File No. 22), pursuant to 28 U.S.C. § 636(b)(1), and **DETERMINES** Defendant is competent to stand trial.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**